## Case No. 15,397.

UNITED STATES v. HOUSE AND LOT NO. 3 ABATTOIR PLACE.

[The case reported under above title in 8 Reporter, 391. and 25 Int. Rev. Rec. 319, is the same as Case No. 15,166.]